# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** <br> Appellee <br><br> v. <br><br> **Cheveauz DAWKINS** <br> **Lieutenant Commander (O-4)** <br> **U. S. Navy** <br> Appellant | **NMCCA NO. 201800057** <br><br> **Special Panel 3** <br><br> **ORDER** <br><br> *Reconsidering Opinion* |

In accordance with Navy-Marine Corps Court of Criminal Appeals Rule of Appellate Procedure 31(a), it is, by the Court, this 4th day of October 2019,

**ORDERED:**

That the Court's 5 September 2019 decision is hereby **WITHDRAWN**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

Copy to:
NMCCA (51.3)
45 (Capt Fricton)
46 (Maj O'Neil)
02